# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**ANTHONY HAMILTON,**
      Petitioner,

v.                             Case No. 11-C-0521

**WILLIAM POLLARD, Warden,**
**Waupun Correctional Institution,**
      Respondent.

## ORDER

On September 12, 2012, habeas petitioner Anthony Hamilton filed a motion asking the court to require the respondent to produce parts of the state-court record that he did not already produce in his answer to the petition. Respondent's position is that all relevant parts of the record have already been produced. However, he states that he will produce additional parts of the record if Hamilton explains how they are relevant to this case. On September 27, 2012, Hamilton filed a motion asking that I stay the briefing schedule on the merits of the petition until he has been able to explain what additional parts of the state-court record he needs. In light of this request, I will set the following schedule:

    1. By October 17, 2012, Hamilton shall identify the parts of the state-court record he would like the respondent to produce and explain why those parts are relevant.

    2. By October 31, 2012, respondent shall either produce the parts of the state-court record identified by Hamilton or file a letter explaining why they should not be produced.

    3. If respondent produces the requested parts of the state-court record, Hamilton shall file his brief in support of his petition within 45 days of his receipt of those parts. Respondent shall then have 45 days to file a brief in opposition to the petition, and then Hamilton shall have 30 days to file a reply brief.

4. If respondent does not produce the requested parts of the state-court record, briefing on the merits of the petition will be stayed until I issue an order resolving the parties' dispute over the record.

**SO ORDERED** at Milwaukee, Wisconsin, this 3rd day of October, 2012.

s/ Lynn Adelman
_____
LYNN ADELMAN
District Judge