UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ANTHONY HAMILTON,
    Petitioner,

v.        Case No. 11-C-0521

WILLIAM POLLARD, Warden, Waupun
Correctional Institution,
    Respondent.

## ORDER

On March 6, 2013, petitioner informed the court that his institution is in lockdown and requested that this case be stayed until the lockdown ends. The next deadline in this case is March 19, 2013, the deadline for petitioner to file his brief in support of his petition. Because of the lockdown, I will extend this deadline by thirty days, to April 19, 2013.

Accordingly, **IT IS ORDERED** that petitioner's motion to stay is **GRANTED** to the extent that his deadline for filing his brief is extended to April 19, 2013.

Dated at Milwaukee, Wisconsin, this 14th day of March 2013.

        s/ Lynn Adelman
        _____
        LYNN ADELMAN
        District Judge