**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

**ANTHONY HAMILTON,**
        Petitioner,

v.                                                   Case No. 11-C-0521

**LIZZIE TEGELS, Warden,
Jackson Correctional Institution,**
        Respondent.

## DECISION AND ORDER

On August 22, 2014, I issued an order denying Anthony Hamilton's petition for a writ of habeas corpus. On September 8, 2014, Hamilton filed a motion for reconsideration of that order. Having reviewed the motion, I see no basis for reconsideration. Therefore, **IT IS ORDERED** that the motion for reconsideration is **DENIED**.

Dated at Milwaukee, Wisconsin, this 10th day of October 2014.

                                                  s/ Lynn Adelman

                                                  LYNN ADELMAN
                                                  District Judge