**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**ANTHONY HAMILTON,**
      Petitioner,

v.                                                                      Case No. 11-C-0521

**LIZZIE TEGELS, Warden,**
**Jackson Correctional Institution,**
      Respondent.

---

## ORDER

Anthony Hamilton has filed an appeal from my order denying his petition for a writ of habeas corpus and has requested leave to appeal in forma pauperis under 28 U.S.C. § 1915. However, before a person may be granted leave to appeal in forma pauperis, the person must submit an affidavit that includes a statement of all assets he possesses and that states he is unable to pay the applicable fee. See 28 U.S.C. § 1915(a)(1). To date, Hamilton has not filed the required affidavit. Hamilton is advised that unless he files the required affidavit on or before **November 28, 2014**, I will deny his motion for leave to appeal in forma pauperis.

Accordingly, **IT IS ORDERED** that petitioner has until **November 28, 2014** to file an affidavit in support of his request to appeal in forma pauperis.

Dated at Milwaukee, Wisconsin, this 19th day of November 2014.

                                                                s/ Lynn Adelman
                                                                _____
                                                                LYNN ADELMAN
                                                               District Judge